UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.          : | Case No. 1:21-cr-00222 (RJL) |
| : | |
| JULIAN ELIE KHATER, : | |
| : | |
| Defendants.    : | |

### GOVERNMENT'S UNOPPOSED MOTION FOR RESTITUTION ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, motions this court to order the defendant, Julian Khater, to pay $2,000 in restitution in this case pursuant to 18 U.S.C. § 3663(a)(3) and 18 U.S.C. § 3663A(c)(1). The defendant, through counsel, does not oppose this motion. As reflected in the plea agreement, the parties agree that $2,000 represents the defendant's approximate personal contribution to the approximately $2,923,080.05 in loss, including damage to the United States Capitol Building, that resulted from the riot that occurred on January 6, 2021. ECF No. 79. Following its consultation with the designated victims in this case, the government represents that those victims are not requesting that the defendant pay additional restitution. The government thus respectfully requests that the Court issue the attached proposed order without a hearing, as the amount of restitution is not in dispute.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:  /s/ Gilead Light

Gilead Light
D.C. Bar Number 980839
Anthony Scarpelli
D.C. Bar No. 474711
Assistant United States Attorney
United States Attorney's Office
601 D Street, NW
Washington, D.C.  20530
Telephone: 202-252-6880
Email: Gilead.light@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.    : | **Case No. 1:21-cr-00222 (RJL)** |
| : | |
| **JULIAN ELIE KHATER,** : | |
| : | |
| **Defendants.** : | |

## ORDER

Upon the Court's review of the Government's Unopposed Motion to Order Restitution, and upon finding good cause shown, it is, hereby

**ORDERED** that the government's motion is granted.

It is further **ORDERED**, the defendant shall remit payment of $2,000 to the Clerk of Court no later than November 30, 2023.

Date: _____

_____
Richard J. Leon
United States District Judge
for the District of Columbia